UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOCTOR CHRIST ECSTASY,<br><br>                              Plaintiff(s),<br><br>     v.<br><br>TE SUBCOM, et al.,<br><br>                             Defendant(s). | Case No. 2:15-CV-1730 JCM (VCF)<br><br>ORDER |

Presently before the court are Magistrate Judge Ferenbach's report and recommendation regarding plaintiff's application to proceed *in forma pauperis*. (Doc. #2). Plaintiff filed an objection (docs. #4), and defendants did not reply.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985).

Magistrate Judge Ferenbach recommended that the court deny plaintiff's motion to proceed *in forma pauperis* because, in his application, plaintiff represents that he is self-employed, owns a coffee shop with his Thai wife in Thailand, is receiving unemployment benefits of $430 per week, and the rights to property in Ecuador worth "$1,000,000++." The application also states that he support dependents, whose "ancestors owned the farm the Battle of Bunker Hill was fought on." When working, these "people pay me." (Doc. #1).

**James C. Mahan**
**U.S. District Judge**

1    Plaintiff objects to the manner in which the magistrate judge characterized his finances,
2    claiming that the decision "appears to belittle the ancestry of my children who are Sons & Daughter
3    of the American Revolution" and "seems overly concerned by Super Sealing when some rich old
4    gambler is involved in a RICO like situation that is not so much different from [this] situation . . .
5    ." (Doc. #4). Plaintiff also clarifies the statements he made in his application and states that he
6    does not receive $1,000 a month from land owned, but rather he pays that in child support when
7    he is able. (Doc. #4).

8    After reviewing Magistrate Judge Ferenbach's report, defendant's objections, and the
9    underlying application *de novo*, the court adopts the report and recommendation in full and denies
10   plaintiff's motion to proceed *in forma pauperis.*

11   Accordingly,

12   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge
13   Ferenbach's report and recommendation (doc. #2) be, and the same hereby are, ADOPTED in full.

14   IT IS FURTHER ORDERED that plaintiff's motion to proceed *in forma pauperis* (doc.
15   #1) is DENIED.

16   DATED May 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -